# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

ROBERT CRAIG COURTNEY,

Defendant.

Criminal Action No. TDC-16-0541

## ORDER

On March 28, 2019, Defendant Robert Craig Courtney filed a Motion to Vacate Judgment under 28 U.S.C. § 2255, in which he also moved to stay the case pending the United States Supreme Court's decision in *United States v. Davis*, No. 18-0431, and the Court of Appeals for the Fourth Circuit's decisions in *United States v. Ali*, No. 15-4433, and *United States v. Mathis*, No. 16-4633.  ECF No. 41.  On the same day, Courtney filed a Motion for Appointment of Counsel in the § 2255 proceeding.  ECF No. 42.  Accordingly, it is hereby ORDERED that:

1. The Motion to Hold Case in Abeyance, ECF No. 41, is GRANTED.

2. The Motion for Appointment of Counsel, ECF No. 42, is GRANTED.

3. The Clerk is directed to enter a stay in this case.


Date: March 29, 2019

          /s/
THEODORE D. CHUANG
United States District Judge